UNITED STATES BANKRUPTCY COURT
FOR THE NROTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )

**MYERS, HELEN HEART** ) Bankruptcy Case No. 16-80946 TML
**MYERS, JOHN PATRICK** ) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

      The undersigned certifies that on March 23, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

      MYERS, HELEN HEART
      MYERS, JOHN PATRICK
      6532 MIDLETON LANE
      MCHENRY, IL 60050

      SCOTT A BENTLEY
      3425 W ELM STREET
      MCHENRY, IL 60050
      *(Via ECF Electronic Transmission)*

      Quantum3 Group LLC as agent for
      Comenity Bank
      PO Box 788
      Kirkland, WA 98083-0788

      Cavalry SPV I, LLC.
      c/o Bass & Associates, P.C.
      3936 E. Ft. Lowell Rd., Suite #200
      Tucson, AZ 85712

      PYOD, LLC its successors and assigns as assignee
      of Citibank, N.A.
      Resurgent Capital Services,PO Box 19008
      Greenville, SC 29602

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com