**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MYERS, HELEN HEART | § | Case No. 16-80946-TML |
| MYERS, JOHN PATRICK | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
┌──────────────────────────────────────────────────────────────────────────────┐
│                                                                              │
│  Assets Abandoned: $224,005.41              Assets Exempt: $2,355.41         │
│  (without deducting any secured claims)                                      │
│                                                                              │
│  Total Distribution to Claimants: $4,806.42   Claims Discharged              │
│                                               Without Payment: $43,767.64   │
│                                                                              │
│  Total Expenses of Administration: $4,761.82                                 │
│                                                                              │
└──────────────────────────────────────────────────────────────────────────────┘
```

    3) Total gross receipts of $ 9,568.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,568.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $205,844.98 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,761.82 | 4,761.82 | 4,761.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,638.15 | 52,161.77 | 26,191.04 | 4,806.42 |
| **TOTAL DISBURSEMENTS** | $274,483.13 | $56,923.59 | $30,952.86 | $9,568.24 |

4) This case was originally filed under Chapter 7 on April 18, 2016. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2017          By: /s/STEPHEN G. BALSLEY
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Inheritance | 1129-000 | 9,568.24 |
| **TOTAL GROSS RECEIPTS** | | **$9,568.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | ALLY | 4110-000 | 8,157.00 | N/A | N/A | 0.00 |
| NOTFILED | ALLY | 4110-000 | 8,332.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 15,799.50 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen | 4110-000 | 173,556.48 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$205,844.98** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 1,706.82 | 1,706.82 | 1,706.82 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,055.00 | 3,055.00 | 3,055.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $4,761.82 | $4,761.82 | $4,761.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 225.00 | 361.06 | 0.00 | 0.00 |
| 2 | Cavalry SPV I, LLC. | 7100-000 | 1,850.00 | 2,376.41 | 2,376.41 | 436.11 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 18,500.00 | 19,732.24 | 0.00 | 0.00 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 5,670.00 | 6,405.25 | 6,405.25 | 1,175.45 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 5,060.00 | 5,877.43 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 321.26 | 695.70 | 695.70 | 127.67 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 772.00 | 1,034.84 | 1,034.84 | 189.91 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 5,143.00 | 5,907.52 | 5,907.52 | 1,084.11 |
| 9 | Citibank, N.A. | 7100-000 | 8,713.87 | 9,771.32 | 9,771.32 | 1,793.17 |
| NOTFILED | Fifth Third Bank | 7100-000 | 3,645.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowes | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penny | 7100-000 | 3,204.02 | N/A | N/A | 0.00 |
| NOTFILED | Meijer | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 3,659.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Bank of America | 7100-000 | 4,710.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,680.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,638.15 | $52,161.77 | $26,191.04 | $4,806.42 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80946-TML  
**Case Name:** MYERS, HELEN HEART  
MYERS, JOHN PATRICK  
**Period Ending:** 07/21/17

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 04/18/16 (f)  
**§341(a) Meeting Date:** 05/26/16  
**Claims Bar Date:** 10/25/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  6532 Middleton Lane, McHenry, IL | 208,000.00 | 0.00 | | 0.00 | FA |
| 2  2010 Dodge Grand Caravan | 5,900.00 | 0.00 | | 0.00 | FA |
| 3  2013 Chevy Sonic | 4,700.00 | 0.00 | | 0.00 | FA |
| 4  Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  Computer | 175.00 | 0.00 | | 0.00 | FA |
| 6  Books, Picture, Art | 100.00 | 0.00 | | 0.00 | FA |
| 7  Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8  Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9  Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 11  BMO Harris Account | 850.00 | 0.00 | | 0.00 | FA |
| 12  BMO Harris Account | 130.41 | 0.00 | | 0.00 | FA |
| 13  Fifth Third Bank - Business Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 14  Yolo Salon Interest | 750.00 | 0.00 | | 0.00 | FA |
| 15  Possible Inheritance | 0.00 | 5,000.00 | | 9,568.24 | FA |
| 16  Hair Products, Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 16  Assets  **Totals** (Excluding unknown values) | **$224,005.41** | **$5,000.00** | | **$9,568.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2017      **Current Projected Date Of Final Report (TFR):**   February 12, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-80946-TML  
**Case Name:** MYERS, HELEN HEART  
MYERS, JOHN PATRICK  
**Taxpayer ID #:** **-***0927  
**Period Ending:** 07/21/17  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/17 | {15} | Estate of Robert B. Myers | Debtor's 1/9th Interest in Estate of Robert B. Myers, Deceased | 1129-000 | 9,568.24 | | 9,568.24 |
| 04/17/17 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,055.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 3,055.00 | 6,513.24 |
| 04/17/17 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,706.82, Trustee Compensation;  Reference: | 2100-000 | | 1,706.82 | 4,806.42 |
| 04/17/17 | 103 | Cavalry SPV I, LLC. | Dividend paid 18.35% on $2,376.41; Claim# 2; Filed: $2,376.41; Reference: | 7100-000 | | 436.11 | 4,370.31 |
| 04/17/17 | 104 | Citibank, N.A. | Dividend paid 18.35% on $9,771.32; Claim# 9; Filed: $9,771.32; Reference: | 7100-000 | | 1,793.17 | 2,577.14 |
| 04/17/17 | 105 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#4,6,7,8 | | | 2,577.14 | 0.00 |
| | | | Dividend paid 18.35% on $6,405.25;  Claim# 4; Filed: $6,405.25       1,175.45 | 7100-000 | | | 0.00 |
| | | | Dividend paid 18.35% on $695.70;  Claim# 6; Filed: $695.70       127.67 | 7100-000 | | | 0.00 |
| | | | Dividend paid 18.35% on $1,034.84;  Claim# 7; Filed: $1,034.84       189.91 | 7100-000 | | | 0.00 |
| | | | Dividend paid 18.35% on $5,907.52;  Claim# 8; Filed: $5,907.52       1,084.11 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,568.24 | 9,568.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,568.24 | 9,568.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,568.24** | **$9,568.24** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 16-80946-TML |
| **Case Name:** | MYERS, HELEN HEART |
| | MYERS, JOHN PATRICK |
| **Taxpayer ID #:** | **-***0927 |
| **Period Ending:** | 07/21/17 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7166 - Checking Account |
| **Blanket Bond:** | $4,396,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7166** | 9,568.24 | 9,568.24 | 0.00 |
| | $9,568.24 | $9,568.24 | $0.00 |

{} Asset reference(s)

Printed: 07/21/2017 03:28 PM    V.13.30